## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CHRISTOPHER DOUGLAS GILPIN**<br><br>**Defendant.** | Case: 1:25−mj−00042<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/18/2025<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Paul Fisher, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been so employed since August 2012. I am currently assigned to the Washington Field Office, Child Exploitation and Human Trafficking Task Force investigating matters involving the online exploitation of children and human trafficking. As an SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2.      I have gained experience through training with the FBI and in everyday work related to conducting these types of investigations. During my career as an SA, I have (a) conducted physical and wire surveillance; (b) participated in the execution of search warrants and arrest warrants for various crimes; (c) reviewed and analyzed numerous recorded conversations and other documentation of criminal activity; (d) interviewed confidential human sources, subjects and victims; and (e) monitored wiretapped conversations of individuals engaged in various crimes.

3.    I have participated in investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information.  As part of my duties as an SA, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A.

4.    I respectfully submit that there is probable to believe that the information described in Attachment A contains evidence, fruits and/or instrumentalities of violations of Title 18, United States Code, specifically violations of 18 U.S.C. §§ 2252(a)(2) (distribution of child pornography (hereafter "SUBJECT OFFENSE").

5.    The statements contained in this affidavit are based upon my own personal observations made during my investigation of the SUBJECT OFFENSE, my experience and training as a criminal investigator, and information provided to me by other members of the FBI and other law enforcement officers.  Since this affidavit is being submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation.  Instead, I have set forth only the facts that I believe are necessary to establish probable cause in support of the warrant sought.

## PROBABLE CAUSE

6.    On February 10, 2025, an CEHTTF Task Force Officer was acting in an undercover capacity (UC) operating out of a satellite office in Washington, D.C.  The UC entered a public group on the social messaging platform KIK.[1]  The UC observed that this KIK group, which included approximately fifty (50) members, was functioning as an online space where people

---

[1] KIK is a free social messaging application for mobile devices. Identified by a username users can send messages, video, pictures, and gifs both in groups and individually.

2

gathered to discuss and trade original images and videos of children engaged in sexually explicit conduct. One member of this group using the screen name "kakashiblk" was subsequently identified as Christopher Douglas Gilpin.

7.      On February 10, 2025, the UC observed Gilpin communicate within the KIK group. Gilpin informed the group that he is a registered sex offender from Kentucky.  He further stated that he had spent three years in prison and that he failed to register as a sex offender a "couple" of times. In addition, Gilpin posted the following comment in the group chat: "meth and cp[2] Great combo."

8.      On February 10, 2025, the UC initiated a private chat with Gilpin on KIK, during which, Gilpin sent the UC a video file depicting child pornography. The video file is 56 seconds in length and depicts an adult male masturbating over a naked prepubescent female. The child is also touching the male's penis and masturbating the male's penis with her hand. Toward the end of the video the camera is focused on the child's bare vagina.

9.      During the private chat, the UC told Gilpin that he was sexually active with his purported 6-year-old daughter and the UC sent Gilpin an image of his purported daughter[3]. Gilpin responded, "adorable" and added, "would love to kiss all over her."

10.     The UC asked Gilpin if he really was a registered sex offender as he had claimed in the group chat. Gilpin responded, "yea hold on I'll show you my registry." Gilpin then sent the UC a screenshot of his sex offender registration entry, which is depicted below in Figure 1:

---

[2] Your affiant understands that "CP" is a common term used by individuals that have a sexual interest in children, it is short for Child Pornography.
[3] This is not a real child.

*Figure 1:*



11.    The registration was in the name of "Christopher Douglas Gilpin" with a supervision commencement date of June 17, 2024, and a supervision end date of October 13, 2029. This registration entry listed three separate convictions for failing to comply with the sex offender registration requirements.  The registration also included a photo of the registrant, which depicted the face of a white male with a tattoo around his neck.

12.    The UC asked Gilpin to send a live picture of himself holding up 4 fingers to prove that he was the man depicted in the sex offender registration entry. Gilpin sent the UC a live image of himself holding up 4 fingers. This image is a visual match to the photo in the sex offender registration entry described in paragraph 10. Moreover, the neck tattoo depicted in the image where Gilpin is holding up four fingers appears to be the same tattoo in Gilpin's sex offender registry photo.  See Figure 2 below for image comparison:

*Figure. 2.*

13.    Later during the same chat with the UC, Gilpin stated that he had fled his assigned halfway house and is currently "on the run."

14.    In addition, Gilpin told the UC that he was looking for other "cp groups" and stated that he also chatted on Teleguard.[4]  Gilpin provided the UC his Teleguard account name, "MDYXDUCGU," and UC and Gilpin then began a chat on Teleguard.

---

[4] Teleguard is an end-to-end encryption messaging application that focusses on privacy and data protection. Users can share video and image files.

15.     During the Teleguard chat, Gilpin sent the UC a video file depicting what appeared to be a pre-teen or teenage minor female masturbating her bare vagina.

16.     While the UC and Gilpin were engaged in a private chat on Teleguard, Gilpin continued to post in the KIK group and posted the same child pornography video that he had sent to the UC in his private chat on KIK, which was described above in paragraph 7 of the affidavit.

17.     On February 11, 2025, in response to an Emergency Disclosure Request to Media Lab, Inc./KIK for information regarding the KIK account of user "kakashiblk," KIK disclosed that the account was last accessed on February 10, 2025, from IP address 97.184.254.145.

18.     On February 11, 2025, in response to an Emergency Disclosure Request, Verizon provided subscriber information for the IP address 97.184.254.145 and indicated that the account was registered in the name of "Christopher Gilpin" with an address of ███████████ ███████████ and a phone number ███████████

## CONCLUSION

19.     Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that **CHRISTOPHER DOUGLAS GILPIN** committed the offense of Distribution of Child Pornography in violation of Title 18, United States Code, 2252(a)(2).


_____
Paul J. Fisher
Special Agent
Federal Bureau of Investigation


Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 18, 2025

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE