AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 11780713

for the

District of Columbia

**RECEIVED**

By USMS  District of Columbia District Court at 7:43 am, Mar 19, 2025

United States of America
v.

Christopher Douglas Gilpin

*Defendant*

)
)
) Case: 1:25-mj-00042
) Assigned To : Harvey, G. Michael
) Assign. Date : 3/18/2025
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Christopher Douglas Gilpin                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

    18 USC 2252(a)(2) .

Date:     03/18/2025

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 8/8/2025 at *(city and state)*  Louisville, KY            . |

Date:  8/8/2025

_____
*Arresting officer's signature*

Benjamin Kelley, DUSM
*Printed name and title*